UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

IN RE:

KIRK MICHAEL BOISSELLE
  AKA KIRK M. BOISSELLE
  AKA KIRK BOISSELLE
SAMANTHA JEAN BOISSELLE
  AKA SAMANTHA J. BOISSELLE
  AKA SAMANTHA BOISSELLE
  AKA SAMANTHA WEAVER
  AKA SAMANTHA JEAN WEAVER
  AKA SAMANTHA J. WEAVER

      Debtors

Chapter 13
Case No. 25-14450-PMM

LOANDEPOT.COM

      Movant

v.

KIRK MICHAEL BOISSELLE
  AKA KIRK M. BOISSELLE
  AKA KIRK BOISSELLE
SAMANTHA JEAN BOISSELLE
  AKA SAMANTHA J. BOISSELLE
  AKA SAMANTHA BOISSELLE
  AKA SAMANTHA WEAVER
  AKA SAMANTHA JEAN WEAVER
  AKA SAMANTHA J. WEAVER
     (Debtors)

SCOTT F. WATERMAN
     (Trustee)

      Respondents

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND ENTRY OF ORDER WAIVING THE PROVISION OF FED. R. BANKR. P.
4001(a)(4)**

    NOW COMES Movant, loanDepot.com, by and through its attorneys, Orlans Law Group

PLLC, and shows unto this Honorable Court as follows:

1.   That Movant is the holder of a mortgage on real property owned by the Debtors and located at 443 Railroad Ave, Pen Argyl, PA 18072 (the following document attached; )

2.   Movant is an entity entitled to enforce the Note and commence foreclosure proceedings against the Property.

3.   That the Debtors filed a Chapter 13 Bankruptcy case on October 31, 2025.

4.   Scott F. Waterman is the Trustee appointed by the Court.

5.   Movant filed a Proof of Claim at Claim # 6-1.

6.   That pursuant to the terms of the proposed Plan, Debtors are required to remit payments of $754.78 per month directly to Movant.

7.   That pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of an interest in property of such party in interest.

8.   That the Debtors have failed to maintain the direct payments to Movant.

9.   That as a result of the Debtors' failure to make payments, Movant has been receiving insufficient disbursements and is therefore inadequately protected. See 11 U.S.C. § 361.

10.   That pursuant to 11 U.S.C. § 362(d)(2), upon request of a party in interest, the court shall grant relief from stay if there is no equity in the property and the property is not necessary for an effective reorganization.

11.   That as of April 13, 2026, Movant has not received the monthly post-petition mortgage payments from February 1, 2026 through April 1, 2026 at $754.78 each, less $0.00 in post-petition suspense, for a total arrearage of $2,264.34.

12.   That the Debtors have no equity in the subject property as the total debt exceeds the market value of the property.

13.   That the approximate value of the subject property pursuant to Debtors' Schedule "A" is $119,360.00.

14.   That the Debtors' account delinquency, lack of equity in the property and the fact that the property is not necessary for an effective reorganization constitute cause for relief from the automatic stay.

15.   That upon information and belief of Movant, no other persons or entities have an interest in the Property.

16.   Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C.

§362(d)(1) because the Debtors continue to occupy the Movant's Property without any agreement to do so.

17. That Movant requests the entry of the order granting relief from the automatic stay shall be effective immediately upon entry, notwithstanding the provisions of Fed. R. Bankr. P. 4001(a)(4).

WHEREFORE, Movant respectfully requests that this Court enter an Order (i) Granting Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) so that it, and its successors and assigns may exercise its rights to pursue its state court remedies with respect to its interest in the subject property, and the entry of the order shall be effective immediately upon entry, notwithstanding the provisions of Fed. R. Bankr. P. 4001(a)(4), and (ii) granting all such other and further relief as the Court deems just and equitable.

Date: April 16, 2026

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for loanDepot.com
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
mbradford@orlans.com
File Number: 25-014430